## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RAYMOND A. NOON, JR., : No. 78 WM 2016

        Petitioner :

        v. :

SOMERSET COUNTY COMMON PLEAS :
COURT, :

        Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.